# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:                                                         Bk. No. 18−11041−BAH
                                                               Chapter 13
Daniel B. Rouille
        Debtor

---

## NOTICE OF DISMISSAL
## (CONTINGENT)

On August 2, 2018, a Chapter 13 Voluntary Petition was filed in this case (Doc. No. 1). As required by Administrative Order 5005−4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005−4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **September 10, 2018**.

Date: August 20, 2018                                          Bonnie L. McAlary
                                                               Clerk of Court
                                                               By: /s/ G. Llewellyn
                                                               Deputy Clerk

Form ntcdisdec−316