# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:                                          Bk. No. 18–11041–BAH
                                              Chapter 13

Daniel B. Rouille
    Debtor

---

## NOTICE OF DISMISSAL

You are hereby notified that the above−captioned case is dismissed effective **September 17, 2018**, pursuant to 11 U.S.C. § 521(i)(1) and Local Bankruptcy Rule 1007−8, as the debtor failed to file all documents required to be filed under 11 U.S.C § 521(a)(1).

Date: September 21, 2018                                      Bonnie L. McAlary
                                                                                 Clerk of Court
                                                                                 By: /s/ James Lavalley
                                                                                 Deputy Clerk

Form clkntcdsm−809